No. 91–8232. Harris v. Singletary, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 91–8236. Kudrako v. Allstate Insurance Co. C. A. 3d Cir. Certiorari denied.

No. 91–8241. Berry v. Harken et al. C. A. 6th Cir. Certiorari denied.

No. 91–8245. Hunt v. North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 91–8249. Kinslow v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–8259. Mark v. Gambriell Properties. Ct. App. Wash. Certiorari denied.

No. 91–8260. Propes v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 91–8261. Muhammad v. Moxon et al. C. A. 5th Cir. Certiorari denied.

No. 91–8280. Johns et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–8284. Hill v. United States. C. A. 5th Cir. Certiorari denied.

No. 91–8293. Swanson v. United States. C. A. 8th Cir. Certiorari denied.

No. 91–8310. London v. Kavanagh et al. C. A. 2d Cir. Certiorari denied.

No. 91–8324. Zzie v. United States. C. A. 11th Cir. Certiorari denied.

No. 91–8339. Henthorn v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–8343. Daley v. United States. C. A. 11th Cir. Certiorari denied.